UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  vs.<br><br>AKOP KRBOYAN,<br><br>                Defendants. | 1:02-cr-5438 OWW<br><br>ORDER FOR RETURN OF<br>NOTES AND DEEDS OF TRUST |

The above-named defendant having been remanded to the custody of the United States Marshal;

IT IS HEREBY ORDERED that the Notes and Deeds of Trust posted in this matter be returned to the sureties AVAK DISHYAN and GEORGE KOROYAN.

Dated: __August 10, 2005

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge