UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:02-cr-5438 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| AKOP KRBOYAN, ) | NOTES AND DEEDS OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having been remanded to the custody of the United States Marshal;

IT IS HEREBY ORDERED that the Notes and Deeds of Trust posted in this matter be returned to the sureties AKOP and SVETLANA KRBOYAN.


Dated: 9/7/05                        /s/Oliver W. Wanger
                                     OLIVER W. WANGER
                                     United States District Judge