(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, #150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
AKOP KRBOYAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-02-05438-01 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: DEFENDANT TRAVEL RESTRICTIONS MODIFICATION** |
| AKOP KRBOYAN, | AND |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the parties herein that the conditions of pretrial release for

1. The previously ordered travel restrictions to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer be vacated;

2. The Defendant's travel be restricted to the Eastern and the Central Districts of California unless otherwise approved in advance by the Pretrial Services Officer; and

3. All other previously imposed conditions of release are to remain in full force and effect.

///

1    Counsel for Defendant has spoken with Assistant U. S.
2 Attorney, CARL FALLER and MARK CULLERS, who have no objection to
3 this continuance.
4    DATED:   February 2, 2006.
5                                NUTTALL & COLEMAN
6                                 /s/ Roger T. Nuttall
7                        By: _____
                              ROGER T. NUTTALL
8                             Attorneys for Defendant,
                              AKOP KRBOYAN
9
10   DATED:  February 2, 2006.
11
                                  /s/ Carl Faller
12                       By: _____
                              CARL FALLER
13                            Assistant U.S. Attorney
14                            ********
15                            **O R D E R**
16
17   **IT IS SO ORDERED**.
18
19   DATED: ___Feb 3_____, 2006.
20
21                         By: _/s/ OLIVER W. WANGER_____
                                OLIVER W. WANGER
22                              Judge, U.S. District Court
23
24
25
26
27
28

2

PROOF OF SERVICE

STATE OF CALIFORNIA,
COUNTY OF FRESNO.

    I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2333 Merced Street, Fresno, California 93721.

    On February 2, 2006, I served the foregoing document described as: **STIPULATION RE: DEFENDANT TRAVEL RESTRICTIONS MODIFICATION** by mail on the parties concerned, at the addresses set forth below:

    CARL FALLER, ESQ.
    MARK E. CULLERS, ESQ.
    2500 Tulare Street
    Fresno, CA 93721

    KIM DALTON
    Federal Probation Officer
    2500 Tulare Street, Suite 3601
    Fresno, CA 93721

**PERSONAL DELIVERY**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business.

    I declare under penalty of perjury under the law of the State of California that the above is true and correct.

    EXECUTED on February 2, 2006, at Fresno, CA.


                              /s/
                              VARTOUHY PANDUKHT