McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:02-CR-5438 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SUPERVISED |
| ) | RELEASE HEARING |
| ) | |
| v. ) | DATE:   May 27, 2008 |
| ) | TIME:   9:00 a.m. |
| AKOP KRBOYAN, ) | HONORABLE Oliver W. Wanger |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    The United States of America, by and through McGregor W. Scott, United States Attorney, and Mark E. Cullers, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and request that the hearing, currently set for May 19, 2008, be moved to May 27, 2008, at 9:00 a.m.  The government is requesting the continuance due to scheduled leave. Therefore, the parties stipulate to continue this hearing to May 27, 2008 at 9:00 a.m., and further request the Court to order the same.

DATED:  May 14, 2008                                McGREGOR W. SCOTT
                                                        United States Attorney

                                                        By /s/ Mark E. Cullers

                                                        MARK E. CULLERS
                                                        Assistant U.S. Attorney

DATED: May 6, 2008                                   /s/ Daniel A. Bacon
                                                        Attorney for Akop Krboyan

McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:02-CR-5438 OWW |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING SUPERVISED |
| | ) | RELEASE HEARING |
| v. | ) | |
| | ) | |
| AKOP KRBOYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     The United States of America, by and through McGregor W. Scott, United States Attorney, and Mark E. Cullers, Assistant United States Attorney, and the defendant, by and through his attorney, have stipulated to a continuance of the hearing in this case, currently set for May 19, 2008, to May 27, 2008, at 9:00 a.m.  The government has requested the continuance due to scheduled leave.

     THEREFORE, it appearing that the request is supported by good cause,

     IT IS HEREBY ordered that the hearing in this case be continued until May 27, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 14, 2008**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE