UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:02-CR-5438 OWW |
| | ) | |
| v. | ) | ORDER DENYING MOTION TO |
| | ) | TERMINATE SUPERVISED |
| AKOP KRBOYAN, | ) | RELEASE AND GRANTING MOTION |
| | ) | TO MODIFY SUPERVISED |
| Defendant | ) | RELEASE |
| _____ | ) | |

The defendant's motion to terminate supervised release came on for hearing on May 27, 2008 and having considered the argument of the parties, the motion to terminate supervised release is denied.

The Court does modify the conditions of supervised release to allow the defendant to travel to the Central District of California for visiting his family.

IT IS SO ORDERED.

**Dated:   May 30, 2008**                      /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

1