UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:02-CR-5438 OWW |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | TERMINATE SUPERVISED |
| AKOP KRBOYAN, | ) | RELEASE |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The defendant's motion to terminate supervised release came on for hearing on February 2, 2009 and having considered the argument of the parties, the the efective date of termination of supervised release is GRANTED, effective 2/28/2009.

IT IS SO ORDERED.

**Dated:   February 4, 2009**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1