BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:02-CR-5438 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE DEFENDANT |
| | ) | KRBOYAN'S NOTICE OF MOTION AND |
| | ) | MOTION TO WITHDRAW GUILTY PLEA |
| v. | ) | |
| | ) | DATE:  May 24, 2010 |
| AKOP KRBOYAN, | ) | TIME:   9:00 a.m. |
| | ) | HONORABLE Oliver W. Wanger |
| Defendant. | ) | |
| | ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mark E. Cullers, Assistant United States Attorney, and the defendant, by and through their his attorney, hereby stipulate and request that the hearing, currently set for May 3, 2010, be moved to May 24, 2010, at 9:00 a.m.  The government has requested the continuance due to a trial scheduled to commence on April 26, 2010 regarding <u>United States v. Jeff Livingston</u>, Case No. 1:09CR273 LJO.  Government counsel will also be traveling to the National Advocacy Center the beginning of

///
///
///
///
///

1

1  May for a seminar.  Therefore, the parties stipulate to continue this hearing to May 24, 2010 at 9:00
2  a.m., and further request the Court to order the same.
3  DATED:  April 20, 2010                                        BENJAMIN W. WANGER
                                                                                     United States Attorney
4
                                                                              By   /s/ Mark E. Cullers
5                                                                                   MARK E. CULLERS
                                                                                     Assistant U.S. Attorney
6

7
    DATED: April 20, 2010                                         /s/ H, Ronald Sawl
8                                                                                      Attorney for Akop Krboyan

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BENJAMIN B. WANGER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>AKOP KRBOYAN,<br><br>           Defendant. | 1:02CR5438 OWW<br><br>ORDER CONTINUING DEFENDANT KRBOYAN'S NOTICE OF MOTION AND MOTION TO WITHDRAW GUILTY PLEA HEARING |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mark E. Cullers, Assistant United States Attorney, and the defendant, by and through his attorney, have stipulated to a continuance of the hearing in this case, currently set for May 3, 2010, to May 24, 2010, at 9:00 a.m..

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the hearing in this case be continued to May 24, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   April 20, 2010              /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE