```
 1  BENJAMIN B. WANGER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:02CR5438 OWW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE DATE FOR |
| | ) | HEARING ON NOTICE OF MOTION TO |
| v. | ) | CORRECT JUDGMENT AND PROPOSED |
| | ) | ORDER |
| | ) | |
| AKOP KRBOYAN, | ) | DATE: June 28, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | PLACE: Courtroom 3 |
| | ) | Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the motions hearing presently scheduled before the Honorable Oliver W. Wanger for June 21, 2010 at 9:00 a.m. be continued to June 28, 2010, at 9:00 a.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED.

Dated: June 9, 2010                    BENJAMIN B. WANGER
                                       United States Attorney

                                   By: /s/ Mark E. Cullers
                                       MARK E. CULLERS
                                       Assistant U.S. Attorney

Dated: June 9, 2010                By: /s/ Daniel A. Bacon
                                       DANIEL A. BACON
                                       Attorney for Defendant
                                       Akop Krboyan

1

```
BENJAMIN B. WANGER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:02CR5438 OWW |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE DATE FOR |
| ) | HEARING ON NOTICE OF MOTION TO |
| v. ) | CORRECT JUDGMENT |
| ) | |
| ) | |
| AKOP KRBOYAN, ) | DATE: June 28, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | PLACE: Courtroom 3 |
| | Honorable Oliver w. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendant's hearing regarding Motion to Correct Judgment presently set for June 21, 2010 at 9:00 a.m. is continued to June 28, 2010 at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:   June 10, 2010**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

2