FILED
JUL 1 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
AKOP KRBOYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 02-CR-05438 OWW |
| Plaintiff, | ORDER TO RETURN DEFENDANT'S PROPERTY |
| vs. | |
| AKOP KRBOYAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Motion to Return Property Pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure filed by the Defendant, AKOP KRBOYAN and the Government's Statement of Non-Opposition filed on June 29, 2011, (Docket 301) the $12,113.00 fine and $1,700.00 special assessment fee should be returned, ~~with interest~~, to the Defendant AKOP KRBOYAN.

Dated: July 8, 2011

Honorable Oliver W. Wanger,
United States District Court Judge

- 1 -