```
BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKOP KRBOYAN,<br><br>Defendant. | CASE NO.  1:02-CR-05438 OWW<br><br>STIPULATION TO VACATE HEARING ON MOTIONS AND ORDER<br><br>DATE: July 25, 2011<br>TIME: 1:30 p.m.<br>PLACE: Courtroom Three<br>Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current motions hearing set for July 25, 2011, at 9:00 a.m., be taken off calendar since Defendant has not filed any motions.

The parties further stipulate and agree that Defendant will respond to the government's Notice of Alibi on or before July 25, 2011. Trial confirmation and hearing on Motions in Limine remain set for Monday, August 1, 2011 at 1:30.

DATED: July 21, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By /s/Mark E. Cullers
                                          MARK E. CULLERS
                                          Assistant U.S. Attorney

1

## ORDER

IT IS HEREBY ORDERED, that the motions hearing set for Monday, July 25, 2011, be vacated; Defendant will respond to the government's Notice of Alibi on or before July 25, 2011; and the trial confirmation and hearing on Motions in Limine remains set for Monday, August 1, 2011 at 1:30 p.m.

DATED: July 22, 2011      /s/ OLIVER W. WANGER
                          HON. OLIVER W. WANGER
                          U.S. District Court Judge