```
1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California  93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail: anthony@capozzilawoffices.com
5  www.capozzilawoffices.com

6  Attorney for Defendant,
   AKOP KRBOYAN
7
```

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:02-CR-5438 AWI |
| Plaintiff, | |
| vs. | ORDER TO TERMINATE SUPERVISED RELEASE |
| AKOP KRBOYAN, | |
| Defendant. | |

**TO ALL PARTIES OF RECORD:**

For the reasons forth in Defendant's Supplemental Declaration filed on June 4, 2013, Defendant's Request for an Order to Terminate Supervised Release is GRANTED.

IT IS SO ORDERED.

Dated:  June 4, 2013              _____
                                    SENIOR DISTRICT JUDGE